FILED: July 23, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-7
(3:11-cv-00746-JAG)
_____

ANTHONY BERNARD JUNIPER

    Petitioner – Appellant

v.

KEITH W. DAVIS, Warden, Sussex I State Prison

    Respondent – Appellee

and

EDDIE L. PEARSON

    Respondent

_____

O R D E R
_____

The court grants the motion for substitution of counsel. Dawn Michele Davison is substituted as counsel for Jacqueline M. Reiner on appeal . Dawn Davison is appointed as co-counsel for the appellant pursuant to the provisions of 18 U.S.C. § 3599(c) and the Criminal Justice Act effective July 23, 2013.

For the Court--By Direction

<u>/s/ Patricia S. Connor, Clerk</u>