IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

ANTHONY BERNARD JUNIPER,

        Petitioner,

v.                                               Civil Action No. 3:11-cv-00746

KEITH W. DAVIS,
*Warden, Sussex I State Prison*,

        Respondent.

## ORDER

This matter comes before the Court on the petitioner's *Motion for Extension of Time to File Brief*, wherein the petitioner requests that the Court extend the June 1, 2014 filing deadline to September 1, 2014. (Dk. No. 126.)

The Court has reviewed the petitioner's motion and the Attorney General's opposition. The Court will GRANT the petitioner's motion; the petitioner will have until September 1, 2014 to file his brief.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: May 15, 2014
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge