FILED: January 12, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 13-7 (L)
(3:11-cv-00746-JAG)

---

ANTHONY BERNARD JUNIPER

Petitioner - Appellant

v.

DAVID ZOOK, Warden, Sussex I State Prison

Respondent - Appellee

---

O R D E R

---

Upon review of the submissions relative to the motion for extension, the court grants an extension of the briefing schedule as follows:

Appendix due: 03/02/2017

Opening brief due: 03/02/2017

Response brief due: 04/03/2017

Any reply brief: 14 days from service of response brief.

For the Court

/s/ Patricia S. Connor, Clerk