FILED: February 15, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-7 (L)
(3:11-cv-00746-JAG)
_____

ANTHONY BERNARD JUNIPER

   Petitioner - Appellant

v.

DAVID ZOOK, Warden, Sussex I State Prison

   Respondent - Appellee

_____

O R D E R
_____

  Upon consideration of submissions relative to the motion to file separate briefs, the court grants the motion, the combined length of which shall not exceed the length limitations established by Federal Rules of Appellate Procedure. See Fed. R. App. P. 32(a)(7).

  The court grants the motion to appoint David Weiss as associate counsel and approves the appointment at the $90 per hour rate for representation in this appeal.

Associate counsel's appointment is permitted only during the period in which lead counsel, Elizabeth Hambourger, is occupied with the state capital trial in State v. Nathan L. Holden.

For the Court

/s/ Patricia S. Connor, Clerk
