FILED: February 28, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-7 (L)
(3:11-cv-00746-JAG)

_____

ANTHONY BERNARD JUNIPER

    Petitioner - Appellant

v.

DAVID ZOOK, Warden, Sussex I State Prison

    Respondent - Appellee

_____

O R D E R

_____

Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 1,545 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk