FILED: April 10, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-7 (L)
(3:11-cv-00746-JAG)
_____

ANTHONY BERNARD JUNIPER

    Petitioner - Appellant

v.

DAVID ZOOK, Warden, Sussex I State Prison

    Respondent - Appellee

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to file separate reply briefs, the court grants the motion, the combined length of which shall not exceed the length limitations established by Federal Rules of Appellate Procedure. See Fed. R. App. P. 32(a)(7).

For the Court

/s/ Patricia S. Connor, Clerk